UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHELE WALLACE, AHKILAH JOHNSON, VANESSA GALLUCI, SARAH WARDALE, SARAH BROWN and JENNIFER GAETAN,
*individually and on behalf of all others similarly situated,*
     Plaintiffs,
  v.
GERBER PRODUCTS COMPANY, BEECH-NUT NUTRITION COMPANY, NURTURE, INC. and HAIN CELESTIAL GROUP, INC.,
     Defendants.

Case No: 2:21-cv-02531

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**PLEASE TAKE NOTICE** that the Plaintiffs in the above-captioned action hereby voluntarily dismiss without prejudice the within action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

By: _____
Gary S. Graifman, Esq.
135 Chestnut Ridge Road
Montvale, New Jersey 07645
ggraifman@kgglaw.com
Tel: 201-391-7000

*Counsel for Plaintiffs Wallace, Johnson, Galluci, Wardale, Brown, and Gaetan*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 3/22/2021